Petition for Writ of Mandamus Dismissed as Moot and Memorandum Opinion
filed July 9, 2009








 

Petition
for Writ of Mandamus Dismissed as Moot and Memorandum Opinion filed July 9,
2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00553-CV

____________

 

IN RE MICHAEL KENNEDY, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On June
19, 2009, relator filed a petition for writ of mandamus in this court.  See
Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see also
Tex. R. App. P. 52.  In the petition, relator asked this court to compel the
Honorable Sharon McCally, presiding judge of the 334th District Court of Harris
County, to grant relator an appellate record without costs.

Appellant=s pending appeal is in this court=s case number 14-09-00377-CV.  The
appellate record in this case consists only of a clerk=s record.  This clerk=s record was filed without cost to
relator on June 10, 2009.  A copy of this record was forwarded to relator on
July 3, 2009.  








Therefore,
relator has not been denied a free record in his appeal.  Because the clerk=s record has been filed in our court,
free of charge to relator, and a copy has been forwarded to relator, relator=s claim for relief in his petition
for writ of mandamus has now been rendered moot.  Accordingly, we dismiss as
moot relator=s petition for writ of mandamus. 

 

PER CURIAM

 

Panel consists of Chief Justice
Hedges and Justices Yates, and Frost.